No. 5519.—Pueblo, apldo. *v.* Ramos, *aplte.*—C. D. San Juan. Enero 30, 1935.

(Por la Corte, a propuesta del Juez Asociado, Sr. Aldrey.)

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, Juan Ramos Seda fué acusado en la Corte de Distrito de San Juan de un delito de asesinato porque el 31 de marzo de 1932 ilegal, voluntariamente y con malicia premeditada infirió varias heridas de bala con una pistola a Narciso Gotay, causándole la muerte;

Por cuanto, celebrado el juicio en los días 1 y 2 de febrero de 1933 ante un jurado éste lo declaró culpable de asesinato en segundo grado y el 7 del mismo mes la corte de distrito le impuso la pena de diez años de presidio;

Por cuanto, el acusado alega en su recurso de apelación que el

veredicto del jurado fué contrario a la evidencia presentada y que no se ajusta a la ley y al derecho;

POR CUANTO, la prueba del fiscal, que fué creída por el jurado, es suficiente para sostener el veredicto que rindió;

POR CUANTO, si bien de la prueba aparece que algunos de los disparos de pistola hechos en esa ocasión por Juan Ramos Seda mató a José Reyes, el acusado no se opuso a que se declarase sobre ese extremo y la corte instruyó al jurado que no debía tener en cuenta para su veredicto lo ocurrido con Reyes;

POR TANTO, debemos confirmar y confirmamos la sentencia apelada que dictó la Corte de Distrito de San Juan el día 7 de febrero de 1933.